DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OZZIE G. McKINZEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D19-3714

[February 26, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Judge; L.T. Case No. 43-2011-CF-000616-A.

Ozzie G. McKinzey, Bonifay, pro se.

No appearance required for appellee.

PER CURIAM.

The order denying the petition for writ of habeas corpus is summarily affirmed. *See* Fla. R. App. P. 9.315(a).

GROSS, FORST and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***